Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) CIVIL ACTION No. CV05-01625 RSM |
| Plaintiff, | ) ) |
| v. | ) ) |
| Swinerton Builders Northwest, Inc., | ) **[PROPOSED] ORDER OF DISMISSAL** ) |
| Defendant. | ) ) |

The Court having considered the foregoing stipulated agreement of the parties, IT IS HEREBY ORDERED THAT the foregoing Consent Decree be, and the same is, approved as the final Decree of this Court, in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order of Dismissal
(CVO5-01625 RSM)